**FILED**

02/14/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 07-0011

IN THE SUPREME COURT OF THE STATE OF MONTANA

FILED

FEB 1 1 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

---

IN THE MATTER OF THE AUTHORIZATION
OF A RETIRED JUDGE TO ADMINISTER
AN OATH OF OFFICE

ORDER

---

The Honorable Mike Salvagni, Retired District Judge, having retired under the judges' retirement system as provided by law and having requested authorization to administer the oath of office to incoming Belgrade City Judge Christopher Gregory,

IT IS ORDERED that the Honorable Mike Salvagni is hereby called to duty as a district judge to administer the oath of office to Christopher Gregory on February 22, 2022. Judge Salvagni shall not be compensated for administering the oath.

This Order is entered by the Chief Justice pursuant to Article VII of the Constitution of the State of Montana and statutes enacted in conformity therewith and in implementation thereof.

The Clerk of Court is directed to mail a copy of this Order to the Honorable Mike Salvagni.

DATED this 11 day of February, 2022.

For the Court,

_____
Chief Justice